| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Chalet Gardens Owner LLC* |
| In Re:<br><br>EDWIN R. WHITFIELD *aka* EDWIN R. WHITFIELD, SR.,<br><br>      Debtor |

Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No. 14-34417 (ABA)

Judge: Andrew B. Altenburg, Jr., U.S.B.J.

Hearing: August 6, 2019 at 10:00 a.m.

**Recommended Local Form:**    ☐ Followed    ☒ Modified

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

DATED: August 6, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Edwin R. Whitfield aka Edwin R. Whitfield, Sr.
Case No.: 14-34417 (ABA)
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Chalet Gardens Owner LLC, on behalf of itself and its successors and/or assigns(hereinafter "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as: 320 West Branch Avenue 25-F, Pine Hill, New Jersey 08021.

It is further ORDERED that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the lease and pursue its state court remedies including, but not limited to, evicting the Debtor.

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law may be sent directly to Debtor.

The movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Edwin R. Whitfield
    Debtor

Case No. 14-34417-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 06, 2019
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db    #+Edwin R. Whitfield,   148 Diamond Avenue,   Pine Hill, NJ 08021-6116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
    Allyson Virginia Cofran    on behalf of Creditor    Edison Auto Sales, Inc. acofran@stark-stark.com, dcrivaro@stark-stark.com;JHanley@stark-stark.com
    Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Elizabeth K. Holdren    on behalf of Creditor    Chalet Gardens Owner LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
    Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
    Jeffrey S. Posta    on behalf of Creditor    Edison Auto Sales, Inc. jeffrey.posta@dol.lps.state.nj.us
    Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
    Steven N. Taieb    on behalf of Debtor Edwin R. Whitfield staieb@comcast.net,  sntgale@aol.com
    TOTAL: 7