# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14−34417−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin R. Whitfield
   aka Edwin R. Whitfield Sr.
   148 Diamond Avenue
   Pine Hill, NJ 08021

Social Security No.:
   xxx−xx−5165

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 16, 2019
JAN: def

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-34417-ABA
Edwin R. Whitfield                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 16, 2019
                              Form ID: cscnodsc       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db              #+Edwin R. Whitfield,   148 Diamond Avenue,   Pine Hill, NJ 08021-6116
515435048       +BANK OF AMERICA, N.A.,   Kivitz, McKeever, Lee, P.C.,   701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
516552283        BANK OF AMERICA, N.A.,   KML Law Group PC,   Sentry Office Plaza,
                  216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
515207513       +Bank of America,   450 American Street SV416,   Simi Valley, CA 93065-6285
515207514       +Edison Auto Sales,   195 US Highway 1,   Edison, NJ 08817-5139
515207515        Edison Auto Sales, Inc.,   Stark & Stark,   993 Lenox Drive,   P.O. Box 5315,
                  Lawrenceville, NJ 08648-2389

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 00:15:58     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:55     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516394829       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 17 2019 00:16:16
                  Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, Florida 33146,   Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
516394828       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 17 2019 00:16:16
                  Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, Florida 33146-1837
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515435454      ##+Bank of America, N.A.,   Carrington Mortgage Services, LLC,   1610 E. St. Andrew Place, #B150,
                  Santa Ana, CA 92705-4941
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              Allyson Virginia Cofran    on behalf of Creditor    Edison Auto Sales, Inc. acofran@stark-stark.com,
               dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Chalet Gardens Owner LLC eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeffrey S. Posta    on behalf of Creditor    Edison Auto Sales, Inc.
               jeffrey.posta@dol.lps.state.nj.us
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Edwin R. Whitfield staieb@comcast.net,   sntgale@aol.com

```
District/off: 0312-1          User: admin                Page 2 of 2            Date Rcvd: Sep 16, 2019
                              Form ID: cscnodsc          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                          TOTAL: 7